# IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR
OPTION ONE MORTGAGE LOAN
TRUST 2006-3, ASSET-BACKED
CERTIFICATES, SERIES 2006-3,
Appellant,
vs.
SOUTHERN CAPITAL
PRESERVATION, LLC,
Respondent.

No. 77680

FILED

FEB 21 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Tierra Danielle Jones, District Judge
Wright, Finlay & Zak, LLP/Las Vegas
Walsh, Baker & Rosevear, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-08040